United States District Court
Southern District of Texas
**ENTERED**
March 11, 2026
Nathan Ochsner, Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER VIRGIN AND BRANDI VIRGIN, | § § § | |
| *Plaintiffs,* | § § | |
| VS. | § § | CIVIL ACTION NO. 4:25-CV-02874 |
| ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, LLC, | § § § § | |
| *Defendant.* | § § | |

## ORDER

Pending before this Court is Defendant Arthur J. Gallagher Risk Management Services, LLC's ("Defendant") Motion to Dismiss (Doc. No. 3), Defendant's Motion to Dismiss Amended Complaint (Doc. No. 9), Plaintiffs Christopher Virgin and Brandi Virgin's ("Plaintiffs") Motion for Leave to File Second Amended Complaint (Doc. No. 16), Plaintiffs' Motion for Status Conference (Doc. No. 19), Plaintiffs' Motion to Compel Discovery Responses (Doc. No. 20), and Defendant's Motion to Strike Motion to Compel (Doc. No. 21).

After reviewing the pending motions, the Court grants the Plaintiffs' request to file their Second Amended Complaint. (Doc. No. 16). "The district court should freely give a plaintiff permission to amend his complaint, FED. R. CIV. P. 15(a)(2), and should give *pro se* plaintiffs 'every reasonable opportunity to amend.'" *Cherry v. Mainous*, 608 Fed. App'x 301, 302 (5th Cir. 2015) (per curiam) (quoting *Pena v. United States*, 157 F.3d 984, 987 n.3 (5th Cir. 1998)). If the Plaintiffs choose to file a Second Amended Complaint, they shall file that Complaint by **March 27, 2026.** Defendant may respond in accordance with the Federal Rules of Civil Procedure. The Court also notes that if the Plaintiffs choose to add any new defendants, those defendants must be

properly served under Federal Rule of Civil Procedure 4 before they are considered joined as a party to this lawsuit.

As this Court granted the Plaintiffs' Motion for Leave to File a Second Amended Complaint (Doc. No. 16), the Court denies the pending motions to dismiss (Doc. Nos. 3, 9) and the Plaintiff's Motion for Status Conference (Doc. No. 19) as moot. Plaintiffs' Motion to Compel Discovery Responses (Doc. No. 20) and Defendant's Motion to Strike Motion to Compel (Doc. No. 21) are denied without prejudice until the Court can hold a pre-motion conference in accordance with Local Rule 8.

It is so ordered.

Signed on this the __11th__ day of March 2026.

Andrew S. Hanen
United States District Judge